UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04144-PD Date: August 3, 2026

Title *Freddy Samuel Gomez Gutierrez v. James Janecka, et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order Directing Petitioner to File Redacted Versions of Exhibits**

The exhibits attached in support of the Petition appear to contain information protected by Federal Rule of Civil Procedure 5.2 and Local Rule 5.2-1. *See* Dkt. No. 1-1.

Rule 5.2 states in relevant part:

> Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
> (1) the last four digits of the social-security number and taxpayer-identification number;
> (2) the year of the individual's birth;
> (3) the minor's initials; and
> (4) the last four digits of the financial-account number.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04144-PD Date: August 3, 2026

Title *Freddy Samuel Gomez Gutierrez v. James Janecka, et al.*

Fed. R. Civ. P. 5.2(a); *see also* C.D. Cal. Local Rule 5.2-1 ("In addition, the filer shall redact passport numbers and driver license numbers in their entirety, and shall ensure that any document that contains a home address (except any proof of service filed as required by Federal Rule of Civil Procedure 4(l)) shall include only the city and state.").

"The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record." Fed. R. Civ. P. 5.2(d).

Petitioner shall file redacted versions of the exhibits in compliance with Fed. R. Civ. P. 5.2 and the Local Rules. When the redacted versions are filed, the Court will order the unredacted versions sealed. If Petitioner does not file a redacted version, then Petitioner will have waived the protection of Rule 5.2(a). *See* Rule 5.2(h); Local Rule 5-4.3.2.

IT IS SO ORDERED.